ROSE D. HART, Individually and as Administratrix, etc., of WILLIAM H. HART, Late of Queens County, Deceased, Appellant, v. NATIONAL CASKET COMPANY, INC., and JOSEPH OFFNER, Respondents, and Others, Defendants.— Action to recover damages for the death of plaintiff's intestate from injuries received as the result of a collision between two automobile trucks. Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

LILLIAN L. HARTWIG, Respondent, v. EDWARD L. NORTH, Defendant, and ALICE B. MINARD, Appellant. LILLIAN L. HARTWIG, Respondent, v. EDWARD L. NORTH, Appellant, and ALICE B. MINARD, Defendant.— In an action for personal injuries brought by the plaintiff against the owner-driver of a car in which the plaintiff was a passenger and the owner-driver of another car with which it collided, she has recovered judgment against both defendants. Both defendants appeal. Judgment unanimously affirmed, with one bill of costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

In the Matter of the Amended Petition of WILLIAM J. SCHROEDER for the Probate of the Last Will and Testament and Codicils of ELVIRA BEHNCKE, Deceased. H. RICHARD PANZER and CROSSWOOD W. PANZER, Appellants; WILLIAM J. SCHROEDER, Respondent.— Appeal from a resettled order of the Surrogate's Court, Kings county, denying in part appellants' motion to take the testimony of certain persons for use on a motion for a new trial, and for other relief. Order in so far as appealed from affirmed, with ten dollars costs and disbursements, the examination of Charles W. Barnes as a witness to proceed on five days' notice. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

In the Matter of the Application of P. WALKER MORRISON, LAZARUS JOSEPH and LEON LEIGHTON, Respondents, as Trustees under a Declaration of Trust Dated the 27th Day of March, 1936, and a Plan of Reorganization for Series B-K Mortgage Investments, Approved by an Order of the Supreme Court of the State of New York, Entered on the 19th Day of December, 1935, for an Order Directing WARWICK HALL, INC., Appellant, to Make Available to Said Trustees All Records and Data with Respect to Income and for an Order Directing the Payment of Surplus Income, or Such Part Thereof as the Court May Determine, to Said Trustees, Said Payment to Apply Toward Past Due Installments of Principal on the First Mortgage Covering the Premises Located at 275 Linden Boulevard, Brooklyn, New York, and owned by WARWICK HALL, INC., Pursuant to the Provisions of Section 1077-c of the Civil Practice Act.— Matter referred to Hon. James C. Van Siclen, official referee, to take proof as to the validity of the alleged $80,000 indebtedness of the corporation to Joseph Wien, its president, and to report thereon to this court. Pending the coming in of the report the determination of the appeal is held in abeyance. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application for a Compulsory Accounting in the Estate of JACOB W. SEGALL, Deceased. BERNARD SEGALL and CLARA SEGALL, as Executors, etc., of JACOB W. SEGALL, Deceased, Appellants; MORRIS GOTTLIEB, Petitioner, Respondent.— Order of the Surrogate's Court, Queens county, directing the executors, on the petition of a creditor of the decedent, to render and file an account of their proceedings, unanimously affirmed, with ten dollars costs and disbursements to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.